IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GORDON QUICK, WILLIAM McCAUSLAND and JOHN TRECKER, ) ) ) | C.A. No. 07-097 (UNA) |
| Plaintiffs, ) ) | |
| v. ) ) | |
| VIZIQOR SOLUTIONS, INC., MICHAEL HUBER, and QUADRANGLE GROUP, LLC, ) ) ) | |
| Defendants. ) ) | |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
MICHAEL HUBER AND QUADRANGLE GROUP, LLC
TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs Gordon Quick, William McCausland and John Trecker ("plaintiffs") and defendants Michael Huber and Quadrangle Group, LLC ("defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. By Order of the United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:06CV637SNL, dated February 12, 2007, this case has been transferred to this Court for referral to the U.S. Bankruptcy Court for the District of Delaware,

2. The time for defendants to answer, move or otherwise respond to the plaintiff's complaint in this matter shall be extended through and including March 10, 2007, unless the case is referred to the U.S. Bankruptcy Court for the District of Delaware, in which case it shall be extended through and including that date which is ten (10) days after the date the case is docketed in the Bankruptcy Court.

Dated: February 22, 2007

| GREEN JACOBSON & BUTSCH, P.C. | FERRY, JOSEPH & PEARCE, P.A. |
|---|---|
| /s/Martin M. Green | /s/Rick S. Miller |
| Martin M. Green | Rick S. Miller (#3418) |
| 7733 Forsyth Blvd., Suite 700 | 824 Market Street, Suite 904 |
| Clayton MO 63105 | P.O. Box 1351 |
| (314) 862-6800 | Wilmington, DE 19899-1351 |
| Attorneys for Plaintiffs | (302) 575-1555 |

Of Counsel:

James L. Messenger
Weil Gotshal & Manges, LLP
100 Federal Street, Floor 34
Boston MA 02110
(617) 772-8300

Attorney for Defendants Michael Huber
And Quadrangle Group, LLC