UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON QUICK, WILLIAM McCAUSLAND and JOHN TRECKER, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 07-097 (UNA) |
| vs. | ) ) ) | |
| VIZIQOR SOLUTIONS, INC., MICHAEL HUBER, and QUADRANGLE GROUP, LLLC | ) ) ) | |
| Defendants. | | |

## ENTRY OF APPEARANCE

R. Montgomery Donaldson, of Montgomery, McCracken, Walker & Rhoads, LLP, hereby enters his appearance as counsel for the plaintiffs in the above-captioned matter.


DATED:   February 23, 2007

                                                    */s/ R. Montgomery Donaldson*
                                                 R. Montgomery Donaldson (DE ID No. 4367)
                                                 Montgomery, McCracken,
                                                     Walker & Rhoads, LLP
                                                 300 Delaware Avenue, Suite 750
                                                 Wilmington, Delaware 19801
                                                 (302) 504-7840
                                                 *Attorney for Plaintiffs*


Of Counsel:

Martin M. Green, Esq.
GREEN JACOBSON & BUTSCH, P.C.
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105
(314) 862-6800

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 23, 2007 a copy of the *Entry of Appearance* was served electronically on the following using CM/ECF:

Rick S. Miller, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

DATED:   February 23, 2007

/s/ *R. Montgomery Donaldson*
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

*Attorney for Plaintiffs*