UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GORDON QUICK, WILLIAM McCAUSLAND and JOHN TRECKER, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 07-097 (UNA) |
| vs. | ) ) ) | |
| VIZIQOR SOLUTIONS, INC., MICHAEL HUBER, and QUADRANGLE GROUP, LLC | ) ) ) | |
| Defendants. | | |

**NOTICE OF DISMISSAL**

IT IS HEREBY NOTICED, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, that the plaintiffs, GORDON QUICK, WILLIAM McCAUSLAND and JOHN TRECKER, hereby dismiss their complaint and all claims against the defendants, VIZIQOR SOLUTIONS, INC., MICHAEL HUBER and QUADRANGLE GROUP, LLC, in the above-entitled action, and that the same is dismissed without prejudice and without costs to either party as against any other.

DATED:    February 23, 2007

 */s/ R. Montgomery Donaldson*
 R. Montgomery Donaldson (DE ID No. 4367)
 Montgomery, McCracken,
     Walker & Rhoads, LLP
 300 Delaware Avenue, Suite 750
 Wilmington, Delaware 19801
 (302) 504-7840
 *Attorneys for Plaintiffs*

Of Counsel:

Martin M. Green, Esq.
GREEN JACOBSON & BUTSCH, P.C.
7733 Forsyth Blvd., Suite 700
Clayton, MO 63105
(314) 862-6800

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on February 23, 2007 a copy of the *Notice of Dismissal* was served electronically on the following using CM/ECF:

Rick S. Miller
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351


DATED:     February 23, 2007

/s/ *R. Montgomery Donaldson*
R. Montgomery Donaldson (DE ID No. 4367)
Montgomery, McCracken,
    Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, Delaware 19801
(302) 504-7840

*Attorneys for Plaintiffs*